FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 29 PM 1:14

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**



**FELONY**

**INDICTMENT FOR VIOLATIONS OF THE**
**FEDERAL CONTROLLED SUBSTANCES ACT**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO:** | **09-038** |
| **v.** | * | **SECTION:** | **SECT. N MAG. 5** |
| **RICKY WILSON** | * | **VIOLATION:** | **21 U.S.C. § 841(a)(1)** |
| **BRIAN PURVIS** | | | **18 U.S.C. § 2** |
| | * * * | | |

The Grand Jury charges that:

## COUNT 1

On or about February 1, 2008, in the Eastern District of Louisiana, the

defendants, **RICKY WILSON** and **BRIAN PURVIS**, aided, abetted, and counseled by

each other and by others known and unknown to the Grand Jury, did knowingly and

intentionally distribute five (5) grams or more of cocaine base ("crack"), a Schedule II

narcotic drug controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

___ Fee_USA_
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No. _____

## NOTICE OF FORFEITURE

1.    The allegations of Count 1 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    As a result of the offenses alleged in Count 1, **RICKY WILSON** and **BRIAN PURVIS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this indictment.

3.    If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the

- 2 -

above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_Marsha William_
FOREPERSON

JAMES B. LETTEN
United States Attorney
Bar. Roll No. 8517

JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 9020

THEODORE R. CARTER, III
Assistant United States Attorney
Bar Roll No. IL 6188964

New Orleans, Louisiana
January 29, 2009

FORM OBD-34

No._____

UNITED STATES DISTRICT COURT

___Eastern___ *District of* ___Louisiana___

___Criminal___ *Division*

## THE UNITED STATES OF AMERICA

vs.

**RICKY WILSON**
**BRIAN PURVIS**

# INDICTMENT

**INDICTMENT FOR VIOLATIONS**
**OF THE FEDERAL**
**CONTROLLED SUBSTANCES ACT**

**VIOLATIONS: 21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

*A true bill.*

_____Marsha Williams_____
*Foreperson*

*Filed in open court this* _____ *day, of*
_____*A.D. 2009.*

*Clerk*

*Bail, $* _____

**Theodore R. Carter, III**
**Assistant United States Attorney**